**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-34561 |
| | § | |
| JACQUELINE R WILLIAMS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/23/2014. The undersigned trustee was appointed on 07/23/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $30,461.96

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $3.38 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $30,458.58 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/26/2015 and the deadline for filing government claims was 02/26/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,796.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,796.20, for a total compensation of $3,796.20[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $52.80, for total expenses of $52.80.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/15/2015          By:   /s/ Gus A. Paloian
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1      Exhibit A

| Case No.: | 14-34561-JSB | Trustee Name: | Gus A. Paloian |
| Case Name: | WILLIAMS, JACQUELINE R | Date Filed (f) or Converted (c): | 09/23/2014 (f) |
| For the Period Ending: | 5/15/2015 | §341(a) Meeting Date: | 11/12/2014 |
| | | Claims Bar Date: | 02/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  22731 Millard Ave. Richton Park, IL 60471 | $194,000.00 | $0.00 | | $0.00 | FA |
| 2  22553 Pleasant Richton Park, IL 60471 Joint with Mother | $20,000.00 | $5,000.00 | | $0.00 | FA |
| 3  South Division Credit Union - Checking | $300.00 | $0.00 | | $0.00 | FA |
| 4  Fifth Third Bank - Checking | $247.56 | $0.00 | | $0.00 | FA |
| 5  Fifth Third Bank - Savings | $53.60 | $0.00 | | $0.00 | FA |
| 6  Miscellaneous Household | $1,500.00 | $0.00 | | $0.00 | FA |
| 7  Everyday Apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 8  Jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 9  401K - Fidelity | $23,000.00 | $0.00 | | $0.00 | FA |
| 10 Insurance payout  (u) | $0.00 | $0.00 | | $30,461.96 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                **Gross Value of Remaining Assets**

$241,101.16      $5,000.00      $30,461.96      $0.00

**Initial Projected Date Of Final Report (TFR):**        **Current Projected Date Of Final Report (TFR):**        /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-34561-JSB | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | WILLIAMS, JACQUELINE R | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4502 | | Checking Acct #: | ******0295 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | WILLIAMS, JACQUELINE R. |
| For Period Beginning: | 9/23/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/15/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/25/2014 | (10) | BLUE CROSS BLUESHIELD OF MINNESOTA | MEDICAL CLAIM REIMBURSEMENT | 1229-000 | $30,461.96 | | $30,461.96 |
| 02/19/2015 | 1001 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $3.38 | $30,458.58 |
| | | | **TOTALS:** | | $30,461.96 | $3.38 | $30,458.58 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $30,461.96 | $3.38 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $30,461.96 | $3.38 | |

| For the period of 9/23/2014 to 5/15/2015 | | For the entire history of the account between 11/25/2014 to 5/15/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,461.96 | Total Compensable Receipts: | $30,461.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,461.96 | Total Comp/Non Comp Receipts: | $30,461.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3.38 | Total Compensable Disbursements: | $3.38 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.38 | Total Comp/Non Comp Disbursements: | $3.38 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-34561-JSB | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | WILLIAMS, JACQUELINE R | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4502 | | Checking Acct #: | ******0295 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | WILLIAMS, JACQUELINE R. |
| For Period Beginning: | 9/23/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/15/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $30,461.96 | $3.38 | $30,458.58 |

**For the period of 9/23/2014 to 5/15/2015**

| | |
|---|---|
| Total Compensable Receipts: | $30,461.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,461.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/23/2014 to 5/15/2015**

| | |
|---|---|
| Total Compensable Receipts: | $30,461.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,461.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

## CLAIM ANALYSIS REPORT

| | | |
|---|---|---|
| **Case No.** | 14-34561-JSB | **Trustee Name:** Gus A. Paloian |
| **Case Name:** | WILLIAMS, JACQUELINE R | **Date:** 5/15/2015 |
| **Claims Bar Date:** | 02/26/2015 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 04/30/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,796.20 | $3,796.20 | $0.00 | $0.00 | $0.00 | $3,796.20 |
| | GUS A. PALOIAN, TRUSTEE<br>131 S. DEARBORN STREET<br>SUITE 2400<br>CHICAGO 60603 | 05/04/2015 | Trustee Expenses | Allowed | 2200-000 | $52.80 | $52.80 | $52.80 | $0.00 | $0.00 | $0.00 | $52.80 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | 12/02/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $667.82 | $667.82 | $0.00 | $0.00 | $0.00 | $667.82 |
| **Claim Notes:** | (1-1) Unsecured Debt | | | | | | | | | | | |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City OK 73124-8866 | 12/08/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $485.99 | $485.99 | $0.00 | $0.00 | $0.00 | $485.99 |
| 3 | CAPITAL ONE, N.A.<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 12/24/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $790.62 | $790.62 | $0.00 | $0.00 | $0.00 | $790.62 |
| **Claim Notes:** | (3-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 4 | SOUTH DIVISION CREDIT<br>9122 S Kedzie<br>Evergreen Park IL 60805 | 03/03/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $10,659.08 | $10,659.08 | $0.00 | $0.00 | $0.00 | $10,659.08 |

| Case No.: | 14-34561-JSB | | | | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | WILLIAMS, JACQUELINE R | | | | | | | | | Date: | 5/15/2015 |
| Claims Bar Date: | 02/26/2015 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CREDIT PROTECTION ASSOCIATION<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas TX 75380 | 03/24/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $945.00 | $945.00 | $945.00 | $0.00 | $0.00 | $0.00 | $945.00 |
| **Claim Notes:** | (5-1) Collection Agency | | | | | | | | | | | |
| 6 | DEPARTMENT STORES NATIONAL BANK MACYS<br>9111 Duke Blvd<br>Mason OH 45040 | 03/24/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $250.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| **Claim Notes:** | (6-1) Credit Card | | | | | | | | | | | |
| 7 | KOHLS/CAPITAL ONE<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls WI 53051 | 03/24/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $334.00 | $334.00 | $334.00 | $0.00 | $0.00 | $0.00 | $334.00 |
| **Claim Notes:** | (7-1) Credit Card | | | | | | | | | | | |
| 8 | LIFENET, INC.<br>P.O. Box 713391<br>Cincinnati OH 45271 | 03/24/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $30,461.96 | $30,461.96 | $30,461.96 | $0.00 | $0.00 | $0.00 | $30,461.96 |
| **Claim Notes:** | (8-1) Medical Services | | | | | | | | | | | |
| 9 | TRUSTMARK RECOVERY SERVICES<br>541 Otis Bowen Dri<br>Munster IN 46321 | 03/24/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $89.00 | $89.00 | $89.00 | $0.00 | $0.00 | $0.00 | $89.00 |
| **Claim Notes:** | (9-1) Medical Services | | | | | | | | | | | |
| 10 | UNIVERSITY OF CHICAGO<br>15965 Collections Center Dr.<br>Chicago IL 60693 | 03/24/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $680.37 | $680.37 | $680.37 | $0.00 | $0.00 | $0.00 | $680.37 |
| **Claim Notes:** | (10-1) Medical Services | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

| Case No.: | 14-34561-JSB | | | Trustee Name: | Gus A. Paloian |
| Case Name: | WILLIAMS, JACQUELINE R | | | Date: | 5/15/2015 |
| Claims Bar Date: | 02/26/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | THE UNIVERSITY OF CHICAGO<br>Physicians Group<br>75 Remittance Drive, Suite 1385<br>Chicago IL 60675 | 03/24/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $786.65 | $786.65 | $786.65 | $0.00 | $0.00 | $0.00 | $786.65 |
| **Claim Notes:** (11-1) Medical Services | | | | | | | | | | | | |
| 12 | VISION FINANCIAL<br>1900 W Severs Rd<br>La Porte IN 46350 | 03/24/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $75.00 | $75.00 | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 |
| **Claim Notes:** (12-1) Medical Services | | | | | | | | | | | | |
| | | | | | | $50,074.49 | $50,074.49 | $0.00 | $0.00 | $0.00 | | $50,074.49 |

**CLAIM ANALYSIS REPORT**

Page No: 4                                          Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 14-34561-JSB | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | WILLIAMS, JACQUELINE R | | **Date:** | 5/15/2015 |
| **Claims Bar Date:** | 02/26/2015 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $1,944.43 | $1,944.43 | $0.00 | $0.00 | $0.00 | $1,944.43 |
| Tardy General Unsecured 726(a)(3) | $44,281.06 | $44,281.06 | $0.00 | $0.00 | $0.00 | $44,281.06 |
| Trustee Compensation | $3,796.20 | $3,796.20 | $0.00 | $0.00 | $0.00 | $3,796.20 |
| Trustee Expenses | $52.80 | $52.80 | $0.00 | $0.00 | $0.00 | $52.80 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       14-34561
Case Name:      JACQUELINE R WILLIAMS
Trustee Name:   Gus A. Paloian

                                        Balance on hand:         $30,458.58

Claims of secured creditors will be paid as follows: NONE

                        Total to be paid to secured creditors:         $0.00
                                        Remaining balance:        $30,458.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gus A. Paloian, Trustee Fees | $3,796.20 | $0.00 | $3,796.20 |
| GUS A. PALOIAN, TRUSTEE, Trustee Expenses | $52.80 | $0.00 | $52.80 |

              Total to be paid for chapter 7 administrative expenses:    $3,849.00
                                        Remaining balance:              $26,609.58

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

              Total to be paid to prior chapter administrative expenses:    $0.00
                                        Remaining balance:              $26,609.58

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

                        Total to be paid to priority claims:             $0.00
                                        Remaining balance:          $26,609.58

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $1,944.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $667.82 | $0.00 | $384.43 |
| 2 | American InfoSource LP as agent for | $485.99 | $0.00 | $279.76 |
| 3 | Capital One, N.A. | $790.62 | $0.00 | $455.12 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,119.31 |
| Remaining balance: | $25,490.27 |

Tardily filed claims of general (unsecured) creditors totaling $44,281.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 57.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | South Division Credit | $10,659.08 | $0.00 | $6,135.87 |
| 5 | Credit Protection Association | $945.00 | $0.00 | $543.99 |
| 6 | Department Stores National Bank Macys | $250.00 | $0.00 | $143.91 |
| 7 | Kohls/Capital One | $334.00 | $0.00 | $192.27 |
| 8 | Lifenet, Inc. | $30,461.96 | $0.00 | $17,535.35 |
| 9 | Trustmark Recovery Services | $89.00 | $0.00 | $51.23 |
| 10 | University of Chicago | $680.37 | $0.00 | $391.65 |
| 11 | The University of Chicago | $786.65 | $0.00 | $452.83 |
| 12 | Vision Financial | $75.00 | $0.00 | $43.17 |

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $25,490.27 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**