**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-34561 |
| | § | |
| JACQUELINE R WILLIAMS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 6/29/2015, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   5/21/15    By:   /s/ Gus A. Paloian
                       Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-34561 |
| | § | |
| JACQUELINE R WILLIAMS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $30,461.96
*and approved disbursements of* $3.38
*leaving a balance on hand of[1]:* $30,458.58

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $30,458.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $3,796.20 | $0.00 | $3,796.20 |
| GUS A. PALOIAN, TRUSTEE, Trustee Expenses | $52.80 | $0.00 | $52.80 |

Total to be paid for chapter 7 administrative expenses: $3,849.00
Remaining balance: $26,609.58

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Remaining balance: | $26,609.58 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $26,609.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,944.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $667.82 | $0.00 | $384.43 |
| 2 | American InfoSource LP as agent for | $485.99 | $0.00 | $279.76 |
| 3 | Capital One, N.A. | $790.62 | $0.00 | $455.12 |

|  | Total to be paid to timely general unsecured claims: | $1,119.31 |
|---|---|---|
|  | Remaining balance: | $25,490.27 |

Tardily filed claims of general (unsecured) creditors totaling $44,281.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 57.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | South Division Credit | $10,659.08 | $0.00 | $6,135.87 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 5 | Credit Protection Association | $945.00 | $0.00 | $543.99 |
| 6 | Department Stores National Bank Macys | $250.00 | $0.00 | $143.91 |
| 7 | Kohls/Capital One | $334.00 | $0.00 | $192.27 |
| 8 | Lifenet, Inc. | $30,461.96 | $0.00 | $17,535.35 |
| 9 | Trustmark Recovery Services | $89.00 | $0.00 | $51.23 |
| 10 | University of Chicago | $680.37 | $0.00 | $391.65 |
| 11 | The University of Chicago | $786.65 | $0.00 | $452.83 |
| 12 | Vision Financial | $75.00 | $0.00 | $43.17 |

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $25,490.27 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Gus A. Paloian
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
Case 14-34561    Doc 26    Filed 05/22/15    Entered 05/24/15 23:29:14    Desc Imaged
                           Certificate of Notice    Page 5 of 5
```

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-34561-JSB
Jacqueline R Williams                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 1          Date Rcvd: May 22, 2015
                              Form ID: pdf006          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2015.
```
db              +Jacqueline R Williams,    22553 Pleasant Drive Unit 6,    Richton Park, IL 60471-1725
aty             +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
22436445         Bsi Financial Services,    A Commom Wealth Place,    Titusville, PA 16354
22766553         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22436446        +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
                 Woodbury, MN 55125-1703
22436447         Comenity Bank/HSN,    Attn: Bankruptcy,    Po Box 183686,    Columbus, OH 43218
22436448        +Crd Prt Asso,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
22436449        +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
22436450         Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
22436451       #+Eric Feldman & Assoc.,    120 W. Madison,    #920,    Chicago, IL 60602-4157
22436452         Experian,    P.O. Box 9701,    Allen, TX 75013-9701
22436455        +Lifenet, Inc.,    P.O. Box 713391,    Cincinnati, OH 45271-3391
22436456        +South Division Credit,    9122 S Kedzie,    Evergreen Park, IL 60805-1696
22436457        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
22436458        +The University of Chicago,    Physicians Group,    75 Remittance Drive, Suite 1385,
                 Chicago, IL 60675-1385
22436459        +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
22436460        +Trust Rec Sv,    541 Otis Bowen Dri,    Munster, IN 46321-4158
22436461        +University of Chicago,    15965 Collections Center Dr.,    Chicago, IL 60693-0159
22436462        +Vision Fin,    1900 W Severs Rd,    La Porte, IN 46350-7855
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22705958         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2015 00:40:53
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
22436454        +E-mail/Text: bnckohlsnotices@becket-lee.com May 23 2015 00:37:29        Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
22688676         E-mail/Text: bnc-quantum@quantum3group.com May 23 2015 00:37:57
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22436453         Jesse Digby
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2015                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2015 at the address(es) listed below:
```
              Gus A Paloian    gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas W Toolis    on behalf of Debtor Jacqueline R Williams twt@jtlawllc.com,
               lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com
                                                                                             TOTAL: 3
```