UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 14-34561
WILLIAMS, JACQUELINE R., )
)
) Chapter: 7
)
) Honorable Janet S. Baer
)
Debtor(s) )

## ORDER ALLOWING FINAL TRUSTEE COMPENSATION

This matter coming to be heard on the Trustee's First and Final Application for Compensation; due notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED:

That Gus A. Paloian, Trustee is allowed final compensation in the amount of $3,796.20 and expense reimbursement in the amount of $52.80; and

That the Trustee is authorized to pay the amount awarded from the funds on hand in the Estate as part of his final distribution in this case.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 29, 2015

**Prepared by:**

Gus A. Paloian (06188186)
Bret M. Harper (6299968)
Seyfarth Shaw LLP
131 South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000