**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-34561 |
| | § | |
| JACQUELINE R WILLIAMS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $199,000.00 | Assets Exempt: | $42,101.16 |
| Total Distributions to Claimants: | $26,609.58 | Claims Discharged Without Payment: | $31,805.91 |
| Total Expenses of Administration: | $3,852.38 | | |

3)      Total gross receipts of $30,461.96  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,461.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $255,419.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,852.38 | $3,852.38 | $3,852.38 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $45,811.98 | $46,225.49 | $46,225.49 | $26,609.58 |
| **Total Disbursements** | $301,230.98 | $50,077.87 | $50,077.87 | $30,461.96 |

4). This case was originally filed under chapter 7 on 09/23/2014. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/07/2016          By:   /s/ Gus A. Paloian
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Insurance payout | 1229-000 | $30,461.96 |
| **TOTAL GROSS RECEIPTS** | | $30,461.96 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bsi Financial Services | 4110-000 | $255,419.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $255,419.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $3,796.20 | $3,796.20 | $3,796.20 |
| GUS A. PALOIAN, TRUSTEE, Trustee | 2200-000 | NA | $52.80 | $52.80 | $52.80 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $3.38 | $3.38 | $3.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,852.38 | $3,852.38 | $3,852.38 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $667.82 | $667.82 | $398.67 |
| 2 | American | 7100-000 | $0.00 | $485.99 | $485.99 | $290.13 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | InfoSource LP as agent for | | | | | |
| 3 | Capital One, N.A. | 7100-000 | $0.00 | $790.62 | $790.62 | $471.99 |
| 4 | South Division Credit | 7200-000 | $0.00 | $10,659.08 | $10,659.08 | $6,363.30 |
| 5 | Credit Protection Association | 7200-000 | $945.00 | $945.00 | $945.00 | $0.00 |
| 6 | Department Stores National Bank Macys | 7200-000 | $250.00 | $250.00 | $250.00 | $143.91 |
| 7 | Kohls/Capital One | 7200-000 | $334.00 | $334.00 | $334.00 | $192.27 |
| 8 | Lifenet, Inc. | 7200-000 | $30,461.96 | $30,461.96 | $30,461.96 | $18,185.29 |
| 9 | Trustmark Recovery Services | 7200-000 | $89.00 | $89.00 | $89.00 | $51.23 |
| 10 | University of Chicago | 7200-000 | $680.37 | $680.37 | $680.37 | $0.00 |
| 11 | The University of Chicago | 7200-000 | $786.65 | $786.65 | $786.65 | $469.62 |
| 12 | Vision Financial | 7200-000 | $75.00 | $75.00 | $75.00 | $43.17 |
| | Check Systems, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/HSN | 7100-000 | $592.00 | $0.00 | $0.00 | $0.00 |
| | Equifax Information Services, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Experian | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | South Division Credit | 7100-000 | $11,207.00 | $0.00 | $0.00 | $0.00 |
| | Td Bank Usa/targetcred | 7100-000 | $391.00 | $0.00 | $0.00 | $0.00 |
| | TransUnion Consumer Solutions | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $45,811.98 | $46,225.49 | $46,225.49 | $26,609.58 |

UST Form 101-7-TDR (10/1/2010)

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   1        Exhibit 8

| Case No.: | 14-34561-JSB | Trustee Name: | Gus A. Paloian |
| Case Name: | WILLIAMS, JACQUELINE R | Date Filed (f) or Converted (c): | 09/23/2014 (f) |
| For the Period Ending: | 3/7/2016 | §341(a) Meeting Date: | 11/12/2014 |
| | | Claims Bar Date: | 02/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Value | Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA =§ 554(a) abandon. | Sales/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   22731 Millard Ave. Richton Park, IL 60471 | $194,000.00 | $0.00 | | $0.00 | FA |
| 2   22553 Pleasant Richton Park, IL 60471 Joint with Mother | $20,000.00 | $5,000.00 | | $0.00 | FA |
| 3   South Division Credit Union - Checking | $300.00 | $0.00 | | $0.00 | FA |
| 4   Fifth Third Bank - Checking | $247.56 | $0.00 | | $0.00 | FA |
| 5   Fifth Third Bank - Savings | $53.60 | $0.00 | | $0.00 | FA |
| 6   Miscellaneous Household | $1,500.00 | $0.00 | | $0.00 | FA |
| 7   Everyday Apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 8   Jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 9   401K - Fidelity | $23,000.00 | $0.00 | | $0.00 | FA |
| 10  Insurance payout                    (u) | $0.00 | $0.00 | | $30,461.96 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $241,101.16 | $5,000.00 | | $30,461.96 | $0.00 |

**Major Activities affecting case closing:**

The TFR was filed

The TFR was filed 5/21/15.  Distribution to claimants was made 6/29/15.  The Trustee will file TDR upon receipt of statement of zero bank balance.

**Initial Projected Date Of Final Report (TFR):**        **Current Projected Date Of Final Report (TFR):**        /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-34561-JSB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WILLIAMS, JACQUELINE R | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4502 | Checking Acct #: | ******0295 |
| Co-Debtor Taxpayer ID #: | | Account Title: | WILLIAMS, JACQUELINE R. |
| For Period Beginning: | 9/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/7/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 11/25/2014 | (10) | BLUE CROSS BLUESHIELD OF MINNESOTA | MEDICAL CLAIM REIMBURSEMENT | 1229-000 | $30,461.96 | | $30,461.96 |
| 02/19/2015 | 1001 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $3.38 | $30,458.58 |
| 06/30/2015 | 1002 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $3,796.20 | $26,662.38 |
| 06/30/2015 | 1003 | GUS A. PALOIAN, TRUSTEE | Trustee Expenses | 2200-000 | | $52.80 | $26,609.58 |
| 06/30/2015 | 1004 | Quantum3 Group LLC as agent for | Claim #: 1; Distribution Dividend: 57.56; | 7100-000 | | $384.43 | $26,225.15 |
| 06/30/2015 | 1005 | American InfoSource LP as agent for | Claim #: 2; Distribution Dividend: 57.56; | 7100-000 | | $279.76 | $25,945.39 |
| 06/30/2015 | 1006 | Capital One, N.A. | Claim #: 3; Distribution Dividend: 57.56; | 7100-000 | | $455.12 | $25,490.27 |
| 06/30/2015 | 1007 | South Division Credit | Claim #: 4; Distribution Dividend: 57.56; | 7200-000 | | $6,135.87 | $19,354.40 |
| 06/30/2015 | 1008 | Credit Protection Association | Claim #: 5; Distribution Dividend: 57.56; | 7200-000 | | $543.99 | $18,810.41 |
| 06/30/2015 | 1009 | Department Stores National Bank Macys | Claim #: 6; Distribution Dividend: 57.56; | 7200-000 | | $143.91 | $18,666.50 |
| 06/30/2015 | 1010 | Kohls/Capital One | Claim #: 7; Distribution Dividend: 57.56; | 7200-000 | | $192.27 | $18,474.23 |
| 06/30/2015 | 1011 | Lifenet, Inc. | Claim #: 8; Distribution Dividend: 57.56; | 7200-000 | | $17,535.35 | $938.88 |
| 06/30/2015 | 1012 | Trustmark Recovery Services | Claim #: 9; Distribution Dividend: 57.56; | 7200-000 | | $51.23 | $887.65 |
| 06/30/2015 | 1013 | University of Chicago | Claim #: 10; Distribution Dividend: 57.56; | 7200-000 | | $391.65 | $496.00 |
| 06/30/2015 | 1014 | The University of Chicago | Claim #: 11; Distribution Dividend: 57.56; | 7200-000 | | $452.83 | $43.17 |
| 06/30/2015 | 1015 | Vision Financial | Claim #: 12; Distribution Dividend: 57.56; | 7200-000 | | $43.17 | $0.00 |
| 08/04/2015 | 1008 | VOID: Credit Protection Association | | 7200-003 | | ($543.99) | $543.99 |
| 09/10/2015 | 1013 | CAMBRIDGE M.E. | REFUND OF PAYMENT TO UNIVERSITY OF CHICAGO RE: CLAIM NO. 10 | 7200-000 | | ($391.65) | $935.64 |
| 02/02/2016 | 1016 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $39.16 | $896.48 |
| 02/02/2016 | 1016 | VOID: Gus A. Paloian | | 2100-003 | | ($39.16) | $935.64 |
| 02/02/2016 | 1017 | Quantum3 Group LLC as agent for | Claim #: 1; Distribution Dividend: 59.61; | 7100-000 | | $13.66 | $921.98 |
| 02/02/2016 | 1017 | VOID: Quantum3 Group LLC as agent for | | 7100-003 | | ($13.66) | $935.64 |
| 02/02/2016 | 1018 | American InfoSource LP as agent for | Claim #: 2; Distribution Dividend: 59.61; | 7100-000 | | $9.93 | $925.71 |
| 02/02/2016 | 1018 | VOID: American InfoSource LP as agent for | | 7100-003 | | ($9.93) | $935.64 |
| 02/02/2016 | 1019 | Capital One, N.A. | Claim #: 3; Distribution Dividend: 59.61; | 7100-000 | | $16.16 | $919.48 |
| 02/02/2016 | 1019 | VOID: Capital One, N.A. | | 7100-003 | | ($16.16) | $935.64 |
| | | | **SUBTOTALS** | | $30,461.96 | $29,526.32 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-34561-JSB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WILLIAMS, JACQUELINE R | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4502 | Checking Acct #: | ******0295 |
| Co-Debtor Taxpayer ID #: | | Account Title: | WILLIAMS, JACQUELINE R. |
| For Period Beginning: | 9/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/7/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/02/2016 | 1020 | South Division Credit | Claim #: 4; Distribution Dividend: 59.61; | 7200-000 | | $217.91 | $717.73 |
| 02/02/2016 | 1020 | VOID: South Division Credit | | 7200-003 | | ($217.91) | $935.64 |
| 02/02/2016 | 1021 | Lifenet, Inc. | Claim #: 8; Distribution Dividend: 59.61; | 7200-000 | | $622.74 | $312.90 |
| 02/02/2016 | 1021 | VOID: Lifenet, Inc. | | 7200-003 | | ($622.74) | $935.64 |
| 02/02/2016 | 1022 | The University of Chicago | Claim #: 11; Distribution Dividend: 59.61; | 7200-000 | | $16.08 | $919.56 |
| 02/02/2016 | 1022 | VOID: The University of Chicago | | 7200-003 | | ($16.08) | $935.64 |
| 02/04/2016 | 1023 | Quantum3 Group LLC as agent for | Claim #: 1; Distribution Dividend: 59.70; | 7100-000 | | $14.24 | $921.40 |
| 02/04/2016 | 1024 | American InfoSource LP as agent for | Claim #: 2; Distribution Dividend: 59.70; | 7100-000 | | $10.37 | $911.03 |
| 02/04/2016 | 1025 | Capital One, N.A. | Claim #: 3; Distribution Dividend: 59.70; | 7100-000 | | $16.87 | $894.16 |
| 02/04/2016 | 1026 | South Division Credit | Claim #: 4; Distribution Dividend: 59.70; | 7200-000 | | $227.43 | $666.73 |
| 02/04/2016 | 1027 | Lifenet, Inc. | Claim #: 8; Distribution Dividend: 59.70; | 7200-000 | | $649.94 | $16.79 |
| 02/04/2016 | 1028 | The University of Chicago | Claim #: 11; Distribution Dividend: 59.70; | 7200-000 | | $16.79 | $0.00 |

|  |  |  |  | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $30,461.96 | $30,461.96 | $0.00 |
| | | | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | | | **Subtotal** | $30,461.96 | $30,461.96 | |
| | | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | | **Net** | $30,461.96 | $30,461.96 | |

| For the period of **9/23/2014** to **3/7/2016** | | For the entire history of the account between **11/25/2014** to **3/7/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $30,461.96 | Total Compensable Receipts: | $30,461.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,461.96 | Total Comp/Non Comp Receipts: | $30,461.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30,461.96 | Total Compensable Disbursements: | $30,461.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,461.96 | Total Comp/Non Comp Disbursements: | $30,461.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3    Exhibit 9

| Case No. | 14-34561-JSB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | WILLIAMS, JACQUELINE R | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4502 | Checking Acct #: | ******0295 |
| Co-Debtor Taxpayer ID #: | | Account Title: | WILLIAMS, JACQUELINE R. |
| For Period Beginning: | 9/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/7/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | | |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $30,461.96 | $30,461.96 | $0.00 |

**For the period of 9/23/2014 to 3/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $30,461.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,461.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $30,461.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,461.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/23/2014 to 3/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $30,461.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,461.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $30,461.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,461.96 |
| Total Internal/Transfer Disbursements: | $0.00 |